United States District Court
District of Massachusetts

```
_____
IN RE: FRESENIUS GRANUFLO/      )    MDL No. 13-2428
NAUTRALYTE DIALYSATE PRODUCTS   )
LIABILITY LITIGATION            )
                                )
_____)
```

ORDER

GORTON, J.

All pending cases having been terminated or remanded, the Court hereby closes this master docket and recommends that the Judicial Panel on Multidistrict Litigation close the case.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated: September 19, 2023